United States District Court
for the District of New Jersey

_____          :
                                                :
**CATHLEEN MCDONOUGH**                          :
                                                :
                                            :       Civil  No. 09-571
         Plaintiff                          :
                                            :
         vs.                                :       Order of Reassignment
**HORIZON BLUE CROSS**
                                                :
         Defendant                              :
_____          :


It is on this 20th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Stranley R. Chesler.


                S/Garrett E. Brown, Jr.
              Garrett E. Brown, Jr., Chief Judge
              United States District Court